## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

ZAKARIA AL-BAIDANY,

    Petitioner,

    v.

JOSEPH R. BIDEN, JR., *et al.*,

    Respondents.

---

Civil Action No. 05-2380 (CKK)

## ORDER
(January 13, 2025)

Upon consideration of the parties' [385] Stipulation of Voluntary Dismissal, which is signed by counsel for all parties who have appeared, it is hereby **ORDERED** that this case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a), the Merits Hearing previously set to begin on April 7, 2025, is **VACATED**, and all pending motions in this matter are **DENIED AS MOOT**.

**SO ORDERED.**

**Dated:** January 13, 2025

COLLEEN KOLLAR-KOTELLY
United States District Judge